

**1330 Avenue of the Americas**
**New York, NY 10019**
www.bursor.com

**Alec M. Leslie**
Tel: **646.837.7150**
Fax: **212.989.9163**
aleslie@bursor.com

May 21, 2024

*Via ECF*

Hon. Victoria Reznik
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Long v. Barilla America, Inc.*, Case 7:23-cv-07556-KMK-VR

Dear Judge Reznik:

    I represent Plaintiff in the above-captioned action. Pursuant to the Court's May 21, 2024 Memo Endorsement, together with counsel for Defendant, the parties jointly write to inform the Court that their dispute has been resolved. The parties will submit materials in support of dismissal on or before June 7, 2024.

    We thank the Court for its attention to this matter.

    Sincerely,

    */s/ Alec M. Leslie*

cc: Steven Blonder, Esq.