IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACHELE LONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>BARILLA AMERICA INC.,<br><br>    Defendant. | Civil Action No.: 7:23-cv-07556-KMK |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the voluntary dismissal of Plaintiff's claims with prejudice.  Accordingly, Plaintiff hereby voluntarily dismisses her claims with prejudice.

Dated:  June 12, 2024         Respectfully submitted,

                **BURSOR & FISHER, P.A.**

                By: _____
                   Alec M. Leslie

Alec M. Leslie
Julian C. Diamond
Israel Rosenberg
1330 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  aleslie@bursor.com
    jdiamond@bursor.com
    irosenberg@bursor.com

_____

Steve P. Blonder
Much Shelist, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000

*Attorney for Defendant*